**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY J. PHILLIPS, SR., <br> Petitioner, <br> v. <br> X. CANO, Warden, <br> Respondent. | Case No. EDCV 16-0576 ODW (SS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 15, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE